[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-10453
Non-Argument Calendar
_____

D.C. Docket No. 8:15-cr-00362-JDW-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MIGUEL RAYO-CAMACHO,
SPANISH INTERPRETER REQUIRED,
a.k.a. Miguel Rayo,
a.k.a. Alejandro Gonzalez-Valdez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 28, 2016)

Before TJOFLAT, HULL and JILL PRYOR, Circuit Judges.

PER CURIAM:

Aliza Hochman Bloom, appointed counsel for Miguel Rayo-Camacho in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rayo-Camacho's conviction and sentence is **AFFIRMED**.